UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| IN THE MATTER OF: | NUMBER: 09-12119 |
|---|---|
| ERNEST & WARRINE MORRIS | SECTION B |
| DEBTOR | CHAPTER: 13 |

## ORDER

Hearing on the OBJECTION TO PROOF OF CLAIM NO.5 OF U.S. BANK filed by the Debtor(s) was heard on the 4th day of November, 2009 **(P-16)**.

Present at the hearing were: Kirk Myers, attorney for debtor and S.J. Beaulieu, Jr., Chapter 13 Trustee.

After considering the pleadings and the argument of counsel, the Court being of the opinion that the relief sought is in the best interest of the debtor, the creditors, and the estate and that no response was filed;

**IT IS ORDERED** that the U.S. Bank's arrears claim be reduced to $28,437.00, which includes Foreclosure Attorneys Fees of $630.00.

**IT IS FURTHER ORDERED** that U.S. Bank pay attorneys fees in the amount of $500.00 to Harrington & Myers, 2901 N. Causeway Blvd, Suite 303, Metairie, LA. 70002 within 30 days of November 4, 2009.

New Orleans, Louisiana, November 9, 2009.

_J. A. Brown_
Jerry A. Brown
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 053L-2           User: sm                    Page 1 of 1                  Date Rcvd: Nov 09, 2009
Case: 09-12119                 Form ID: pdf902             Total Noticed: 3

The following entities were noticed by first class mail on Nov 11, 2009.
db            +Ernest Morris,    1803 West Frisco Dr.,    La Place, LA 70068-2719
2639901      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   U.S. Bank,    U.S. Bancorp Center,    800 Nicollet Mall,
               Minneapolis, MN. 55402)
2661523      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   U.S. Bank, N.A.,    4801 Frederica Street,    Owensboro, KY 42301)

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2009**                       Signature:      *Joseph Speetjens*